COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-412-CV

DR. JOHN R. BEVERLY AND APPELLANT
S

WIFE MARSHA BEVERLY 

V.

PECAN PLANTATION OWNERS APPELLEE

ASSOCIATION, INC. 

 
 

----------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Withdraw Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.  

DELIVERED: January 25, 2007 

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.